Kevin C. Barrett, State Bar No. 020104
Jennifer M. Bahling, State Bar No. 013260
**Barrett & Matura, P.C.**
8925 E. Pima Center Pkwy., Suite 100
Scottsdale, Arizona 85258
Telephone:  (602) 792-5705
Facsimile:  (602) 792-5710
kbarrett@barrettmatura.com
jbahling@barrettmatura.com

*Attorneys for Defendant Auto-Owners
Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gruber Motors, LLC, Gruber Industries, Inc., Peter M. Gruber, | Case No.: |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| Auto-Owners Insurance Company, The Continental Insurance Company, a CNA Insurance Company, foreign insurers, | |
| Defendants. | |

Defendant Auto-Owners Insurance Company ("Auto-Owners"), by and through counsel undersigned, submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and provides the following grounds for removal.

1.      This matter was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on August 7, 2018 with the filing of a Complaint, Certificate of Arbitration, and Demand for Jury Trial.

2.      The Summons, Complaint, Certificate of Arbitration, and Request for Trial by Jury constitutes all process and proceedings filed and served on Auto-Owners in the case, copies of which are attached hereto at Exhibit A.

3.      Defendant Auto-Owners is an insurance company with its principal place of business and citizenship in the state of Michigan.

4.     Defendant Continental Insurance Company ("Continental") is an insurance company with its principal place of business and citizenship in the state of Illinois.

5.     Plaintiffs Gruber Motors, LLC and Gruber Industries, Inc. are Arizona companies with their principal place of business and citizenship in the state of Arizona. Plaintiff Peter M. Gruber is an individual residing in and a citizen of the state of Arizona.

6.     This action is one over which the United States District Courts have jurisdiction pursuant to 28 USC § 1332, by reason of the diversity of the citizenship of the parties.

7.     Defendant Auto-Owners has not pled, answered, or otherwise appeared in this action.

8.     Defendant Continental has not pled, answered or otherwise appeared in this action.

9.     Defendant Auto-Owners has filed this Notice within 30 days after receipt of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

10.     The amount in controversy exceeds the requisite $75,000.

11.     A copy of this Notice is being filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

WHEREFORE, Defendant Auto-Owners respectfully requests that this action be removed from the Superior Court of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, and that further proceedings in the Superior Court of Arizona regarding the action be stayed pursuant to 28 U.S.C. § 1446.

1   Dated this 31st day of August, 2018.

2                                   **BARRETT & MATURA, P.C.**

3

4                                   By  /s/ Kevin C. Barrett
                                        Kevin C. Barrett
5                                       Jennifer M. Bahling
                                        8925 E. Pima Center Pkwy., Suite 100
6                                       Scottsdale, Arizona 85258
                                        *Attorneys for Defendant Auto-Owners*
7                                       *Insurance Company*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
7114 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
*Attorneys for Plaintiffs*


/s/*Carolyn Harrington Marsh*
Carolyn Harrington Marsh