Kevin C. Barrett, State Bar No. 020104
Jennifer M. Bahling, State Bar No. 013260
**Barrett & Matura, P.C.**
8925 E. Pima Center Pkwy., Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
jbahling@barrettmatura.com

*Attorneys for Defendant Auto-Owners Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gruber Motors, LLC, Gruber Industries, Inc., Peter M. Gruber,<br><br>Plaintiffs,<br>v.<br>Auto-Owners Insurance Company, The Continental Insurance Company, a CNA Insurance Company, foreign insurers,<br><br>Defendants. | Case No.: 2:18-cv-02760-PHX-SMM<br><br>**NOTICE OF SETTLEMENT** |

  Auto-Owners Insurance Company, through counsel undersigned, hereby notifies the Court that the parties have reached a settlement of all remaining claims in this action. The parties are working to complete the written settlement agreement and will file the appropriate dismissal documents after the settlement agreement has been executed. The parties further request that the Court vacate all remaining deadlines.

  Dated this 31st day of January 2020.

            **BARRETT & MATURA, P.C.**

            By /s/ *Kevin C. Barrett*
              Kevin C. Barrett
              Jennifer M. Bahling
              8925 E. Pima Center Pkwy, Suite 215
              Scottsdale, Arizona 85258

1

*Attorneys for Defendant Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
7114 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
*Attorneys for Plaintiffs*


/s/ *Susan Saville*
Susan Saville